

# NUMBER 13-15-00456-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMES ALLEN PELLOAT,                                    Appellant,

## v.

KATHERINE PELLOAT MCKAY,                               Appellee.

**On appeal from the 279th District Court
of Jefferson County, Texas.**

# ORDER

**Before Justices Benavides, Perkes, and Longoria
Order Per Curiam**

This cause is before the Court on the record and appellant's brief.  Appellant's brief was filed on December 28, 2015.  Appellee has not filed a brief.  The Court, having fully examined the record and appellant's brief hereby ORDERS appellee to file its brief with this Court on or before June 6, 2016.  Further motions for extension of time will not be favorably entertained by the Court.

PER CURIAM

Delivered and filed the
3rd day of May, 2016.